IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA STRICKLIN                                                                    PLAINTIFF
ADC #138119

v.                              CASE NO. 5:11CV00220 BSM/HDY

TONDA SPENCER et al.                                                              DEFENDANTS

## ORDER

The proposed findings and partial recommended dispositions submitted by United States Magistrate Judge H. David Young [Doc. Nos. 8, 13] have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended dispositions should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT

1. Plaintiff's motion for a preliminary injunction [Doc. No. 5] is denied.

2. Plaintiff's claims against defendants Ray Hobbs and Curtis Meinzer are DISMISSED WITHOUT PREJUDICE, and Hobbs's and Meinzer's names are removed as party defendants.

DATED this 28th day of September 2011.

_____
UNITED STATES DISTRICT JUDGE